IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



RAYMOND V. BETHEL, JR.,

Plaintiff,

v.  Civil Action No. 3:14CV80–HEH

HAROLD W. CLARKE, *et al.*,

Defendants.

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

Plaintiff, a former Virginia inmate proceeding *pro se* and *in forma pauperis*, filed this 42 U.S.C. § 1983 action. Plaintiff contends defendants failed to award him proper credit against his sentences. For the Court to properly evaluate Plaintiff's claim, he must: (1) state when the sentences were imposed and by what court(s); (2) state the length of each sentence imposed; (3) state in chronological order how and where he served each sentence; and, (4) identify the specific period of time for which he failed to receive credit. Accordingly, by Memorandum Order (ECF No. 8) entered on May 7, 2015, the Court directed Plaintiff to provide the aforementioned information within fifteen (15) days of the date of entry thereof. The Court warned Plaintiff that the failure to provide such information shall result in the dismissal of the action. *See* Fed. R. Civ. P. 41(b).

More than fifteen (15) days have elapsed since the entry of the May 7, 2015 Memorandum Order and Plaintiff has not responded. Plaintiff's failure to respond

indicates his lack of interest in prosecuting the present action. Accordingly, the action will be dismissed without prejudice.

An appropriate order will accompany this Memorandum Opinion.

Date: June 15, 2015
Richmond, Virginia

/s/
Henry E. Hudson
United States District Judge